**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**Hot Spring DIVISION**

| | |
|---|---|
| Richard R Patton | **FILED**<br>US DISTRICT COURT<br>WESTERN DISTRICT<br>OF ARKANSAS<br><br>Dec 3, 2018<br><br>OFFICE OF THE CLERK |

(Enter above the full name of the Plaintiff
in this action.)                        120570

Prisoner ID No. _
(Do Not Put Your Social Security Number)

V.                                    CASE NO. ___18-6121___

1) Phillip GLOVER
2) WALTER WHITE
3) ARKANSAS Community CORRECTioN
(Enter above the **full** name of the Defendant,
or Defendants, in this action.)

I.    **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes _____    No ✔

    B.    If your answer to A is yes, describe each lawsuit in the space below including the **exact Plaintiff name or alias used**. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    **Parties to previous lawsuit**

        Plaintiffs: _____

        Defendants: _____

        _____

        2.    **Court (if federal court, name the district; if state, name the county):**

        _____

        3.    **Docket number:** _____

        4.    **Name of judge to whom case was assigned:** _____

        5.    **Disposition (for example:  Was the case dismissed?  Was it appealed? Is it still pending?)** _____

        6.    **Approximate date of filing lawsuit:** _____

        7.    **Approximate date of disposition:** _____

**(Revised 04/2015)**

-1-

**II.**    **Place of Present Confinement:** NORTH CENTRAL UNIT

**III.**    There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

   **A.**    **Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?**

   Yes ✓        No _____

   **B.**    If your answer is YES, attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

   **C.**    If your answer is NO, explain why not: AFTER BEING INFORMED THAT THIS MATTER WAS NOT GRIEVABLE, COMPLAINT WAS ADDRESSED IN WRITTEN APPEAL TO ARKANSAS PAROLE BOARD.

**IV.**    **Parties**

   (In item A below, place your name in the first blank and place your present address in the second blank.)

   **A.**    **Your Full Name:** Richard R Patton

   **Address:** 10 PRISON CIRCLE Rd
   CALICO ROCK ARKANSAS 72519

   (In Item B below, place the **full** name of the Defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

   **Do Not List Witnesses.**

   **You may not name the jail as a Defendant. The jail is a building and cannot be sued.**

   **B.  Read carefully and fill out all information sought.**

   **1. Defendant #1**

   **Full Name:** Phillip GLOVER

   **Position:** SUPERVISION SANCTION PROGRAM WARDEN

   **Place of Employment:** OMEGA TECHNICAL VIOLATOR CENTER

   **Address:** 104 WALCO LANE
   MALVERN AR 72104

-2-

**2. Defendant #2**

Full Name:  WALTER WHITE

Position:  SUPERVISION SANCTION PROGRAM MAJOR

Place of Employment:  OMEGA UNIT

Address:  104 WALCO LANE

MALVERN AR 72104

**3. Defendant #3**

Full Name:

Position:

Place of Employment:

Address:

**4. Defendant #4**

Full Name:

Position:

Place of Employment:

Address:

**5. Defendant #5**

Full Name:

Position:

Place of Employment:

Address:

**6. Defendant #6**

Full Name:

Position:

Place of Employment:

Address: _____

_____

V.    At the time of the alleged incident(s), were you:
      (check the appropriate blank)

      ____  in jail and still awaiting trial on pending criminal charges
      ____  serving a sentence as a result of a judgment of conviction
       ✓    in jail for other reasons (*e.g.*, alleged probation violation, etc.)

      Explain:   SERVING  A  180 DAY  SANCTION
      _____  SENTENCE AT OMEGA UNIT SANCTION PROGRAM

      Please provide the date of your conviction or probation or parole revocation:

      10 - 17 · 2018

VI.   Statement of Claim

      State <u>every</u> ground on which you claim that one or more of the Defendants violated your federal
      constitutional rights. For example, if you have an excessive force claim and a denial of medical care
      claim, you must fill out a separate section for each different claim. This section should be limited
      to the <u>facts</u> of your claim.

      With respect to <u>each</u> claim, briefly describe the actions taken by each Defendant who you believe
      was involved in violating your rights. Include also the names of other persons involved, dates and
      places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you
      need. Attach extra sheets if necessary.)

      <u>Claim Number # 1:</u>

      Type of Claim (for example: excessive force, denial of medical care, etc.):

      FALSIFIED  DOCUMENTS  AND  STATEMENTS  SUBMITTED  TO  STATE
      OFFICALS

      Date of the Occurrence:   9 - 14 - 2018

      Name of each Defendant involved:   WARDEN  Phillip  GLOVER
      MAJOR  WALTER  WHITE
      ARKANSAS  COMMUNITY  CORRECTION

      _____

      (A) With respect to Defendant (Name)  Phillip GLOVER  , describe the acts or
      omissions of <u>this</u> Defendant that form the basis for claim #1 and any harm caused by it.

      Phillip GLOVER PURPOSELY SUBMITTED FALSIFIED DOCUMENTATION
      AND STATEMENTS TO STATE OFFICALS, WITH THE INTENT OF MISLEADING
      STATE OFFICALS IN A RECOMMENDATION PROCESS OF A REVOCATION

(VIDEO CAMERA FOOTAGE FROM DATES 8-18-2018 AND 8-19-2018)
HEARING. THE FALSIFIED DOCUMENTATION AND STATEMENTS
RESULTED IN ME BEING ARRESTED AND IMPRISONED. VIDEO CAMERA
FOOTAGE FROM OMEGA UNIT RESIDENTS CHOWHALL WILL PROVE THAT
THIS STATE OFFICAL IS ENGAGING IN MISCONDUCT AND DETER.

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

_____ **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

_____ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

**X** **both official and personal capacity**

<u>If you are asserting an official capacity claim,</u> please describe the custom or policy that you believe caused the violation of your constitutional rights.

FALSIFIED DOCUMENTS AND STATEMENTS WAS SUBMITTED TO STATE
OFFICALS, WITH THE INTENT OF DEFAMATION OF CARRACTOR AND TO
MISLEAD STATE OFFICALS IN A OFFICAL HEARING PROCESS. MY RIGHTS
TO HAVE MY EVIDENCE PRESENTED FOR MY DEFENSE WAS DENIED
AND DISREGARDED. MY PAROLE WAS REVOKED UNDER FASLE DOCUMENTATION
AND TESTIMONY AND STATEMENTS

**(B)** **With respect to Defendant (Name)** WALTER WHITE **, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #1 and any harm caused by it.**

OFFICER WALTER WHITE WAS ADMINISTERED AN OATH ON 10-17-2018
THIS OFFICER PURPUSLY GAVE FALSE TESTIMONY AFTER BEING ADMINISTERED
AN OATH. MADE SERVERAL CLAIMS OF HAVING OFFICAL STATEMENTS
SUBMITTED FROM ME THAT DOES NOT EXIST. VIDEO CAMERA FOOTAGE WILL PROVE
THAT THIS STATE OFFICAL REPRESENTING THE STATE PURPUSLY GAVE FALSE
STATEMENTS ADD TESTIMONY IN A OFFICAL HEARING. PAROLE WAS REVOKED UNDER
FALSIFIED CIRCUMSTANCES SUCH AS TESTIMONY AND DOCUMENTATIONS.

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

_____ **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

_____ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

**X** **both official and personal capacity**

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

A STATE OFFICAL REPRESENTING THE STATE GAVE FASIFIED TESTIMONY AND STATEMENT IN A OFFICAL HEARING. REFUSED ME OF MY RIGHTS TO PRESENT THE EVIDENCE THAT WOULD'VE PROVED THAT I WAS NOT IN VIOLATION OF WHAT BEING ACUSSED OF, AND WOULD'VE PROVED THAT THIS OFFICER IS ENGAGING IN MISCONDUCT BY REPRESENTING THE STATE USING FALSE TESTIMONY AND STATEMENTS IN A OFFICAL HEARING, WITH THE INTENT OF HAVING MY PAROLE REVOKED UNDER FALSE CIRCUMSTANCES.

(C)  With respect to Defendant (Name) WALTER WHITE , describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.

SUBMITTING FALSIFIED TESTIMONY TO A STATE OFFICAL IN A OFFICAL REVOCATION HEARING. THE FALSE TESTIMONY RESULTED IN MY PAROLE BEING REVOKED, AND ME BEING SENT BACK TO PRISON. THIS OFFICER CLAIMED TO HAVE EVIDENCE THAT DOES NOT EXIST. AND MY REQUEST TO PROVE THAT THE EVIDENCE DOES NOT EXIST WAS DISREGARDED ALONG WITH REQUESTED VIDEO CAMERA FOOTAGE.

Are you suing this Defendant in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

__X__ both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

MY PAROLE WAS REVOKED BECAUSE OFFICER WALTER WHITE GAVE FALSE TESTIMONY TO A STATE OFFICAL CLAIMING THAT I WROTE A OFFICAL STATEMENT STATING THAT I REFUSE TO KOOPERATE IN THE PROGRAM I WAS SANCTIONED TO. THAT STATEMENT DOES NOT EXIST. VIDEO CAMERA FOOTAGE WILL PROVE THAT OFFICER WALTER WHITE ALSO GAVE FALSE TESTIMONY THAT CAUSED MY PAROLE TO BE REVOKED. THE ARKANSAS PAROLE BOARD WAS USED AS A WEAPON IN A HATE CRIME COMMITTED AGAINST ME, FOR FILEING A COMPLAINT ABOUT A THREAT MADE TO ME FROM MEMBERS OF THE AKRAN BROTHERHOOD. AND I WAS DENIED THE RIGHTS TO HAVE APPOINTMENT OF COUNSEL UPON REQUEST. SO THE EVIDENCE I REQUESTED WAS DISREGARDED, BECAUSE THE ONLY EVIDENCE RELIED UPON WAS THE REVOCATION HEARING REPORT.        PAGE #6

**(D)  With respect to Defendant (Name)** WALTER WHITE **, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.**

THE EVIDENCE I REQUESTED WILL PROVE THAT THE TESTIMONY GIVEN TO A REVOCATION OFFICER FROM WALTER WHITE WAS FALSE MISLEADING INFORMATION. THE TESTIMONY GIVEN BY WALTER CAUSED FOR MY PAROLE TO BE REVOKED AND SENT BACK TO PRISON UNDER FALSE CIRCUMSTANCES

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____    official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____    personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

✓    both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

MY PAROLE WAS REVOKED FOR CONDITION #9 COOPERATION WHICH MEANS WILLING TO WORK WITH OTHERS. WALTER WHITE GAVE TESTIMONY TO THE HEARING OFFICER CLAIMING TO HAVE A WRITTEN STATEMENT FROM REFUSING THE SANCTION PROGRAM. MY PAROLE WAS REVOKED BECAUSE OFFICER WALTER WHITE GAVE FALSE TESTIMONY ~~████~~ CLAIMING TO HAVE A WRITTEN STATEMENT FROM ME REFUSING TO COOPERATE THAT ALLEGED STATEMENT DOES NOT EXIST.

**Claim Number # 2:**

**Type of Claim (for example:  excessive force, denial of medical care, etc.):**

_____

_____

**Date of the Occurrence:** _____

**Name of each Defendant involved:** _____

_____

_____

_____

**(A)  With respect to Defendant (Name)** _____, **describe the acts or omissions of** this **Defendant that form the basis for claim #2 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

**Are you suing** this **Defendant in his or her: (check the appropriate blank)**

_____    **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

_____    **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

_____    **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

_____

**(B)  With respect to Defendant (Name)** _____, **describe the acts or omissions of** this **Defendant that form the basis for claim #2 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

-8-

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

_____     official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____     personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

_____     both official and personal capacity

<u>If you are asserting an official capacity claim,</u> please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

**(C)  With respect to Defendant (Name)** _____, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #2 and any harm caused by it.

_____

_____

_____

_____

_____

_____

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

_____     official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____     personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

_____     both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

**(D)  With respect to Defendant (Name)** _____, **describe the acts or omissions of this Defendant that form the basis for claim #2 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____      **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

_____      **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

_____      **both official and personal capacity**

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

**Claim Number # 3**:

**Type of Claim** (for example: excessive force, denial of medical care, etc.):

_____

_____

**Date of the Occurrence:** _____

**Name of each Defendant involved:** _____

_____

_____

_____

**(A)  With respect to Defendant (Name)** _____, **describe the acts or omissions of this Defendant that form the basis for claim #3 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____  **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____  **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

_____  **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

_____

**(B)  With respect to Defendant (Name)** _____**, describe the acts or omissions of** this **Defendant that form the basis for claim #3 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

**Are you suing** this **Defendant in his or her: (check the appropriate blank)**

_____    **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

_____    **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

_____    **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

_____

**(C)  With respect to Defendant (Name)** _____**, describe the acts or omissions of** this **Defendant that form the basis for claim #3 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

_____     official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____     personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

_____     both official and personal capacity

<u>If you are asserting an official capacity claim,</u> please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

_____

**(D)  With respect to Defendant (Name)** _____, **describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #3 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

_____

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

_____     official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____     personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

_____     both official and personal capacity

<u>If you are asserting an official capacity claim,</u> please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

**Claim Number # 4:**

**Type of Claim (for example:  excessive force, denial of medical care, etc.):**

_____

_____

**Date of the Occurrence:** _____

**Name of each Defendant involved:** _____

_____

_____

_____

**(A)  With respect to Defendant (Name) _____, describe the acts or omissions of this Defendant that form the basis for claim #4 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____       **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

_____       **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

_____       **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

_____

**(B)  With respect to Defendant (Name)** _____**, describe the acts or omissions of this Defendant that form the basis for claim #4 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____    **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

_____    **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

_____    **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

_____

**(C)  With respect to Defendant (Name)** _____**, describe the acts or omissions of this Defendant that form the basis for claim #4 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

\_\_\_\_   **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

\_\_\_\_   **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

\_\_\_\_   **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

**(D)  With respect to Defendant (Name) _____, describe the acts or omissions of this Defendant that form the basis for claim #4 and any harm caused by it.**

_____

_____

_____

_____

_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

\_\_\_\_   **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

\_\_\_\_   **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

\_\_\_\_   **both official and personal capacity**

-16-

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

VII.    **Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

_____    Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

__X__    Punitive damages (designed to punish a Defendant for engaging in misconduct and deter a Defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action.  Make no legal arguments.  Cite no cases or statutes.

I AM SEEKING ONE MILLION DOLLARS ($1,000.000) FOR PUNITIVE DAMAGES DESIGNED TO PUNISH DEFENDANT FOR ENGAGING IN MISCONDUCT AND DETER A DEFENDANT AND OTHERS FROM ENGAGING IN SUCH MISCONDUCT IN THE FUTURE. AND I AM ALSO SEEKING TO HAVE THE DECISION OF MY PAROLE BEING REVOKED REVERSED AND RESUME SUPERVISION.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this __20__ day of __NOVEMBER__, 20__18__.

Richard R Patton
**Printed Name of Plaintiff**

Richard R Patton
**Signature of Plaintiff**

CSN #

Warrant # PB  <u>18008861</u>

# WARRANT

## FOR RETAKING PRISONER (Technical Violation)

TO ANY PAROLE OFFICER OR ANY LAW ENFORCEMENT OFFICER authorized to serve criminal process:

Whereas, Patton, Richard R., SS# 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, ADC# 120570
was committed to the Arkansas Department of Correction, to serve a term of imprisonment, and said subject
was conditionally released by order of the Arkansas Board of Parole;

AND WHEREAS, having reasonable cause to believe the above-named subject, a prisoner of the State of
Arkansas, conditionally released, has violated the release agreement as alleged in a report from his/her
supervising officer;

NOW THEREFORE, by virtue of the authority vested in the Board, I declare the release of said subject to be
suspended and order that the subject be retaken and held in custody at any suitable detention facility pending
disposition of the charges; I hereby authorize and require you to so retake subject; and for doing so, this shall
be your sufficient warrant.

GIVEN under my hand and seal this 5th day of October, 2018.

_____
for Arkansas Board of Parole

> Note: Subject is listed as WANTED as a conditional release violator.
> If apprehended, notify the FBI, Arkansas State Police or Arkansas
> Community Correction.

I certify that I have this date rendered service of this warrant by
delivering a true and exact copy to the above-named subject at

____104 Walco Lane, Malvern, AR 72104_____

| Maj. W.L. White / W.L.W. | **Officer** | 10/17/18 |
|---|---|---|
| Name | Title | Date |

_____          _____
Receiving Official                              Date



**Arkansas Board of Parole**

Omega Center
## REQUEST FOR INTERVIEW

Date: 10-7-2018                    Time: 9:00 am

TO: ARO                           OFFICE: MR ANDERSON

FROM: PATTON                      ADC#: 120570
**(Resident's Name)**

JOB ASSIGNMENT: NA                SUPERVISOR: _____

WORKING HOURS: ____ TO ____       BKS: SEG

Give a detailed reason for the interview:

REQUEST ATTACHED!

Can this be handled at the Residential Supervisor's level or Counselors Level: YES____ NO____ If No, Why?

_____

**Resident's Signature**                **Staff Signature**

**ACTION TAKEN**
Resident was advised that copies of his File would not be provided to him. He could submit a Formal Request to Review his Files to Mr. Glover. Also how he could request other things regarding his Revocation Hearing.

_____

_____

Staff Signature                    10/11/2018
**Staff Signature**                **Date**

**NOTE: ALL REQUESTS FOR INTERVIEW SLIPS MUST BE DROPPED IN THE REQUEST FOR INTERVIEW BOX.**

CC: Resident's File
File

ARO: MR. ANDERSON,                                    10-7-2018

I WANT TO MAKE SURE THE FOLLOWING INFORMATION
IS PRESENT IF I AM UP FOR REVOCATION, TAPE NUMBER
2018-08-039 (25:04 METER READING) SUMMARY OF EVIDENCE
RELIED UPON TO MAKE A DECISION. VIDEO CAMARA FOOTAGE OF
THE INCIDENT IN THE CHOW HALL. VIDEO CAMARA FOOTAGE OF THE
CHOW HALL WORKERS BEING RELEASED FROM WORK AFTER THE
INCIDENT ON 8-18-2018 OR 8-19-2018. THAT FOOTAGE WILL SHOW
A RESIDENT COMEING IN BARRACKS 12 FROM WORK AND WARNING
ME TO BE CAREFUL AND WATCH MY BACK. I WANT A WITNESS
STATEMENT FROM LT JACKSON AND CHOW HALL SUPERVISORS AS TO WHY ONE
OF THE RESIDENTS THAT MADE THE THREAT WAS SUSPENDED FROM WORK
FOR 2 WEEKS IF NO THREAT WAS MADE. THE PAROLE BOARD NEEDS TO SEE
HOW THE DHC COMMITTE ABRUSED ITS POWER AND AUTHORITY TO COVER UP
AB MEMBERS CONDUCT, WITH ARO PRESENT. ALSO IF I AM UP FOR REVOCATION
I REQUEST TAPE NUMBER 2018-09-015 AND SUMMARY OF EVIDENCE RELIED
UPON TO MAKE A DECISION. ALSO REQUEST VIDEO TAPE OF MR. JONES CLASS
FROM 9-09-2018 TO 9-14-2018. I AM REQUESTING ALL THE ABOVE
EVIDENCE IF I AM UP FOR REVOCATION. ALSO I AM REQUEST THE NUMBER
IF COMPLAINT FROMS I'VE SUBMITTED. CAN I PLEASE HAVE MY REQUEST
BACK AND SIGNED SO THAT I HAVE PROFF THAT I DID REQUEST THE ABOVE
EVIDENCE AND INFORMATION. I WOULD LIKE TO REQUEST DR. RUSHEFSKY
IS WITNESS ALSO. THANK YOU.

Richard R PATTON #120570

Richard [signature]

**Arkansas Community Correction**
**COMPLAINT FORM FOR RESIDENTS**

Resident Name: Richard Patton

ACC #: 120370

Date: 10-10-18

Unit Assignment: OMEGA

Job Assignment: NA

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty. Note, this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem. If appropriate include a recommended solution:**

POLICY STATES THAT RESIDENTS SHALL HAVE THE OPPORTUNITY TO INITIATE GRIEVANCE PROCEDURE ON ANY CONDITION OR ACTION WITHIN THE PROGRAM WITHOUT BEING SUBJECT TO ANY ADVERSE ACTION. I WAS CHARGED WITH A CR-15 FOR REPORTING A THREAT MADE TO ME FROM OTHER RESIDENTS. THAT COMPLAINT WAS NOT MADE ON A OFFICIAL STATEMENT. UNOFFICIAL STATEMENTS, SEE MAJOR RULE #2. FALSE ACCUSATIONS OR REPORTING, NOT CR-15 RESIDENT SHALL NOT SUBMIT FALSE OR MISLEADING OFFICIAL STATEMENTS.

Signature of Resident

Date: 10-10-18

**RESPONSE BY STAFF OR MEDICAL**

Date Received: 10/11/2018

Date Resident was Seen: 10/11/2018

Printed Name of Staff / Medical: C. W

Response / Action Taken:

You Filed a complaint on 8/19/2018 and Followed the complaint with a Grievance that was received on 8/21/2018 in my office both From you alleging Threats were made to you by the Aryan Brotherhood. These threats could not be substantiated or proven. Complaints & Grievances are considered Official Statements,

**RESIDENT'S ASSESSMENT OF RESPONSE**

☑ My complaint has been resolved and/or, I no longer want to pursue this matter.

☑ My complaint has NOT been resolved and I want to pursue this matter (options include submitting a grievance)

Resident's Signature

Date Signed: 10-11-18

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

10/11/2018

AD 15-08

**Arkansas Community Correction**
**GRIEVANCE FORM FOR RESIDENTS**

| For ARO/Staff Use: |
| # _____  10/15/2018 |
| Date Received (by ARO/Staff) |

Name: Richard R Patton    ACC Number: 120570    Center: OMC GA
Print Resident's Name

Housing Assignment: SEG    Job Assignment: NA

Have you discussed this problem with a counselor or the Residential Supervisor assigned to your housing area or the Shift Supervisor on duty or attempted an informal resolution by submitting the "Complaint Form for Residents"? ☑ YES ☐ NO ☐ N/A If so, attach that document or provide an explanation below. Note, if you are submitting a grievance about sexual abuse, or filing this as an emergency grievance, you are NOT required to discuss this with anyone beforehand and you are NOT required to first use the "Complaint Form for Residents." Also, if you are concerned that the normal submission method will result in an accused person seeing this, you may submit this to another staff member.

Describe the problem: POLICY STATES THAT RESIDENT SHALL HAVE THE OPPORUNITY TO INITATE GRIEVANCE PROCEDURE ON ANY CONDITION OR ACTION WITH IN THE PROGRAM WITHOUT BEING SUBJECT TO ANY ADVERSE ACTION. I HAVE SUBMITTED SERVARAL COMPLAINTS AND GROEVANCE THAT WARE CLAIMED TO HAVE NO MERIT BUT DID NOT RECIEVE CR-15's

How can this situation be resolved? IF I DID NOT RECIEVE CARDINAL VIOLATIONS FOR OTHER COMPLAIN OUND NOT TO HAVE MERIT, I SHOULDN'T HAVE BEEN CHARGED WITH CR-15 FOR ALLEGALLY RESIDENTS WILL NOT FALSEIY ACCUSE OTHERS. (MR 01) FALSE ACCUSATIONS OR REPORTING

_Signature of Resident_    10-12-18
Signature of Resident    Date

IS THIS AN EMERGENCY SITUATION? ☐ YES ☑ NO
An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.
IF YES, WHY? (PROVIDE EXPLANATION): _____

If you marked YES, you may give this completed form to any officer or department employee, who will sign the attached Emergency Receipt, give you the Receipt, and deliver the form without undue delay to the Grievance Officer, ARO, Center Supervisor, or, in their absence, the Assistant Center Supervisor; however, if the grievance alleges a substantial risk of imminent sexual abuse, it must be immediately forwarded by the person receiving it or the Grievance Officer to the Center Supervisor, Deputy Director of Residential Services, and Internal Affairs Administrator.

REPRISALS: IF YOU ARE HARMED OR THREATENED BECAUSE OF YOUR USE OF THE
GRIEVANCE FORM, REPORT IT IMMEDIATELY TO THE CENTER SUPERVISOR.

RECEIPT FOR EMERGENCY SITUATIONS (To be completed by the Receiving Officer or Employee)

Staff Name (Print): _____    From (Resident's Name): _____

Date: _____    Time: _____    _____
Signature of Receiving Staff Person

AD 15-08

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate   Patton, R.                     ADC #:   120570
FROM:   Anderson, C.                        TITLE:   Adm Review Officer
DATE:   10/18/2018                          GRIEVANCE #:   N/A

Please be advised, I have received your Grievance dated   10/12/2018   on   10/15/2018   .
You should receive communication regarding the Grievance by   N/A   .

C. Anderson
Signature of Adm Review Officer

## CHECK ONE OF THE FOLLOWING

☐ This Grievance will be addressed by the Warden/Center Supervisor or designee.
☐ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
☐ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
☐ This Grievance has been determined to be an emergency situation, as you so indicated.
☐ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
☒ This Grievance was REJECTED because it was either:
  ☒ non-grievable (The following Grievance was answered in the complaint form. You were charged with CR-15 Residents must not submit False or Misleading official statements. The matters being found to have no merit in previous situations did not deal with you stating that there were threats being made against you. This Grievance was answered in the complaint form and resolved. For that Reason this is an non-grievable matter. ),
  ☐ untimely ( ),
  ☐ was a duplicate of (          ), or
  ☐ was frivolous or vexatious ()

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is **limited** to what you write in the **space** provided below.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Arkansas Community Correction**

**COMPLAINT FORM FOR RESIDENTS**

Richard Patton

Resident Name

120570

ACC #

10-10 2018

Date

OMEGA

Unit Assignment

NA

Job Assignment

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty. Note, this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem. If appropriate include a recommended solution:**

THE OMEGA DHC COMMITTE IS ENGAGING IN MISCONduct AND DETER. THIS MISCONDUCT COULD CAUSE ME TO BE SENT BACK TO PRISON, I AM NOT FILEING A COMPLAINT ABOUT THE CARDINAL VERDICT MY COMPLAINT IS ABOUT THE NAGILGENTS OF DISREGARDING EVIDENCE THAT WOULD PROVE THAT I WAS NOT IN VIOLATION OR DID NOT VIOLATE A CARDINAL RULE

Richard P

Signature of Resident

10-6-2018

Date

**RESPONSE BY STAFF OR MEDICAL**

10/11/2018

Date Received

10/11/2018

Date Resident was Seen

C. C

Printed Name of Staff / Medical

Response / Action Taken:

All information that was gathered and obtained during the course of Disciplinary process was submitted to the Disciplinary Hearing Committee. It was considered by the committee in the determination of the verdict in the DHC Hearing.

**RESIDENT'S ASSESSMENT OF RESPONSE**

☐ My complaint has been resolved and/or, I no longer want to pursue this matter.

☑ My complaint has NOT been resolved and I want to pursue this matter (options include submitting a grievance)

Richard Patton

Resident's Signature

10-11-18

Date Signed

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

AD 15-08

*ClhP.CC*

## Arkansas Community Correction
## GRIEVANCE FORM FOR RESIDENTS

| For ARO/Staff Use: | |
|---|---|
| # | 10/15/2018 |
| | Date Received (by ARO/Staff) |

Name: __Richard R Patton__    ACC Number: __120570__    Center: __OMEGA__
Print Resident's Name

Housing Assignment: ___SEG___    Job Assignment: ___NA___

Have you discussed this problem with a counselor or the Residential Supervisor assigned to your housing area or the Shift Supervisor on duty or attempted an informal resolution by submitting the "Complaint Form for Residents"? ☑ **YES**  ☐ **NO**  ☐ **N/A** If so, attach that document or provide an explanation below. Note, if you are submitting a grievance about sexual abuse, or filing this as an emergency grievance, you are NOT required to discuss this with anyone beforehand and you are NOT required to first use the "Complaint Form for Residents." Also, if you are concerned that the normal submission method will result in an accused person seeing this, you may submit this to another staff member.

Describe the problem: __VIDEO CAMERA FOOTAGE FROM DHC TAPE NUMBER 2018-08-039__
__8-18-18 OR 8-9-18 CHOW HALL INCIDENT WILL PROVE THAT VIDEO WAS DISREGARDED__
__TO COVER UP FOR AYRAN BROTHERHOOD CONDUCT, THE DHC COMITTEE EVEN CLAIMS__
__THAT THERE WAS NO SUCH EVIDENCE__

How can this situation be resolved? __EVIDENCE REVIEWED AND CHARGES DISMISSED__

_____ / __10-12-18__
Signature of Resident         Date

IS THIS AN EMERGENCY SITUATION? ☑ **YES**  ☐ **NO**
An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.

IF YES, WHY? (PROVIDE EXPLANATION): __IF STAFF HERE IS WILLING TO COVER UP THE__
__CONDUCT OF A HATE GROUP BY FALSELY ACCUSING ME OF LIEING, I DONT__
__NO WHAT THEY ARE CAPABLE OF DOING NEXT__

If you marked YES, you may give this completed form to any officer or department employee, who will sign the attached Emergency Receipt, give you the Receipt, and deliver the form without undue delay to the Grievance Officer, ARO, Center Supervisor, or, in their absence, the Assistant Center Supervisor; however, if the grievance alleges a substantial risk of imminent sexual abuse, it must be immediately forwarded by the person receiving it or the Grievance Officer to the Center Supervisor, Deputy Director of Residential Services, and Internal Affairs Administrator.

REPRISALS: IF YOU ARE HARMED OR THREATENED BECAUSE OF YOUR USE OF THE
GRIEVANCE FORM, REPORT IT IMMEDIATELY TO THE CENTER SUPERVISOR.

RECEIPT FOR EMERGENCY SITUATIONS (To be completed by the Receiving Officer or Employee)

Staff Name (Print): _____ From (Resident's Name): _____

Date: _____ Time: _____ _____
Signature of Receiving Staff Person

AD 15-08

## Arkansas Community Correction
### COMPLAINT FORM FOR RESIDENTS

RICHARD PATTON                     120570                10-10-18
_____           _____            _____
Resident Name                     ACC #                 Date

OMEGA                                        NA
_____                      _____
Unit Assignment                              Job Assignment

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty. Note, this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem. If appropriate include a recommended solution:**

I HAVE SENT SERVERAL REQUEST TRYING TO MAKE SURE THE INFORMATION AND EVIDENCE IS PRESENT IF I AM UP FOR A REVOCATION HEARING, BUT I HAVE NOT RECEIVED ANY RESPONDS. Im REQUESTING TAPE NUMBER 2018-08-039 25:14 METER READING, PLUS SUMMARY OF EVIDENCE RELIED UPON TO MAKE DECISION AND VIDEO TAPE OF THE INCIDENT IN THE CHOWHALL ON 8-18-2018 OR 8-19-2018. I AM ALSO REQUESTING TAPE # 2018-09-015 JD SUMMARY OF EVIDENCE AND CLASS ROOM VIDEO FOOTAGE

_____                      10-8-18
Signature of Resident                        Date

### RESPONSE BY STAFF OR MEDICAL

10/11/2018          10/11/2018          _____
Date Received       Date Resident was Seen   Printed Name of Staff / Medical

Response / Action Taken:

Resident has been advised that all information contained within the DHC Packets have been sent to the appropriate person for consideration regarding his Revocation hearing. Also advised resident of the process in which he may review the records

### RESIDENT'S ASSESSMENT OF RESPONSE    Per AR.7.15

☐ My complaint has been resolved and/or, I no longer want to pursue this matter.

☑ My complaint has NOT been resolved and I want to pursue this matter (options include submitting a grievance)

_____
Resident's Signature
10-11-18
Date Signed

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

AD 15-08

**Arkansas Community Correction**
**GRIEVANCE FORM FOR RESIDENTS**

| For ARO/Staff Use: |
|---|
| # _____ _____10/15/2018_____ |
| Date Received (by ARO/Staff) |

Name: _Richard R Patton_     ACC Number: _120570_     Center: _OMEGA_
Print Resident's Name

Housing Assignment: _OMEGA_     Job Assignment: _SEG_

Have you discussed this problem with a counselor or the Residential Supervisor assigned to your housing area or the Shift Supervisor on duty or attempted an informal resolution by submitting the "Complaint Form for Residents"? ☑ YES  ☐ NO  ☐ N/A If so, attach that document or provide an explanation below. Note, if you are submitting a grievance about sexual abuse, or filing this as an emergency grievance, you are NOT required to discuss this with anyone beforehand and you are NOT required to first use the "Complaint Form for Residents." Also, if you are concerned that the normal submission method will result in an accused person seeing this, you may submit this to another staff member.

Describe the problem: _I DO NOT KNOW WHAT INFORMATION IS CONTAINED_
_WITHIN THE DHC PACKETS, AND I AM NOT GETTING A AFFIRMITIVE ANSWER_
_TO WHETER OR NOT THE VIDEO CAMERA FOOTAGE FOR THE CHOWHALL WAS SENT TO_
_THE APPROPRIATE PERSON CONSIDERATION REGARDING MY REVOCATION HEARING._

How can this situation be resolved? _AFFIRMATIVE ANSWER TELLING ME THAT THE VIDEO CAMERA_
_FOOTAGE FROM 8-18-18 OR 8-19-18, 12 BARRACK CHOW WILL BE PRESENT_
_AT MY REVOCATION HEARING TO EXPOSE THE CORRUPTION OF OMEGA STAFF, AND PROVE TH_

_____Ross Patton_____     _____10-12-18_____
Signature of Resident                              Date

IS THIS AN EMERGENCY SITUATION? ☑ YES  ☐ NO
An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.

IF YES, WHY? (PROVIDE EXPLANATION): _____

_____

If you marked YES, you may give this completed form to any officer or department employee, who will sign the attached Emergency Receipt, give you the Receipt, and deliver the form without undue delay to the Grievance Officer, ARO, Center Supervisor, or, in their absence, the Assistant Center Supervisor; however, if the grievance alleges a substantial risk of imminent sexual abuse, it must be immediately forwarded by the person receiving it or the Grievance Officer to the Center Supervisor, Deputy Director of Residential Services, and Internal Affairs Administrator.
**REPRISALS: IF YOU ARE HARMED OR THREATENED BECAUSE OF YOUR USE OF THE GRIEVANCE FORM, REPORT IT IMMEDIATELY TO THE CENTER SUPERVISOR.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RECEIPT FOR EMERGENCY SITUATIONS (To be completed by the Receiving Officer or Employee)

Staff Name (Print): _____     From (Resident's Name): _____

Date: _____  Time: _____  _____
                                                                    Signature of Receiving Staff Person

(margin, right side, vertical text): _AT. I AM ABOUT TO BE FALSLY IMPRISONED_

AD 15-08

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate    Patton, R.                          ADC #:    120570
FROM:   Anderson, C.                              TITLE:    Adm Review Officer
DATE:    10/18/2018                               GRIEVANCE #:   N/A

Please be advised, I have received your Grievance dated    10/12/2018    on    10/15/2018    .
You should receive communication regarding the Grievance by     N/A             .

C. Anderson
Signature of Adm Review Officer

## CHECK ONE OF THE FOLLOWING

- ☐ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ☐ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ☐ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☐ This Grievance has been determined to be an emergency situation, as you so indicated.
- ☐ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ☒ This Grievance was REJECTED because it was either:
  - ☒ non-grievable (The following Grievance was answered in the complaint form. This matter referenced on the Grievance form was investigated and all information gathered was submitted to the DHC for review and determination of the verdict against you. This Grievance was answered in the complaint form and resolved. For that reason this is an non-grievable matter.),
  - ☐ untimely (  ),
  - ☐ was a duplicate of (         ), or
  - ☐ was frivolous or vexatious ()

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is **limited** to what you write in the **space** provided below.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## Arkansas Community Correction
## COMPLAINT FORM FOR RESIDENTS

Richard R Patton

Resident Name

120570

ACC #

10-13-18

Date

OMEGA

Unit Assignment

NA

Job Assignment

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty.  Note, this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem.  If appropriate include a recommended solution:**

CENTER SUPERVISORS SUBMITTED FALSIFIED DOCUMENTS TO THE ARKANSAS PAROLE BOARD IN ORDER TO HAVE ME SERVED A WARRANT AND ARRESTED. A DEFAMATION OF CARRACTOR IN THE PROCESS IN SUBMITTING A VIOLATION REPORT OF FACTS OF VIOLATIONS THAT ARE NOT TRUE. ALSO SUBMITTED A STATEMENT ON MY BEHALF CLAMIN THAT I REFUSE TO WORK THE PROGRAM ANYMORE. FALSEFIED DOCUMENT TO A STATE OFFICIAL.

Signature of Resident

10-13-18

Date

### RESPONSE BY STAFF OR MEDICAL

10/13/2018

Date Received

10/19/18

Date Resident was Seen

Printed Name of Staff / Medical

Response / Action Taken:

No False documentation was submitted to State Officals From anyone here at the Omega Supervision Sanction Center. All information contained in your DHC Files are True as well as accurate and were submitted as such.

### RESIDENT'S ASSESSMENT OF RESPONSE

☐ My complaint has been resolved and/or, I no longer want to pursue this matter.

☑ My complaint has NOT been resolved and I want to pursue this matter (options include submitting a grievance)

Resident's Signature

10-19-18

Date Signed

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

10/13/2018

AD 15-08

**Arkansas Community Correction**
## COMPLAINT FORM FOR RESIDENTS

Richard Patton _____  120520 _____  10-18-18 _____
Resident Name                          ACC #                          Date

OMEGA _____                         NA _____
Unit Assignment                               Job Assignment

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty.  Note, this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem.  If appropriate include a recommended solution:**

I WANT TO MAKE SURE THE VIDEO CAMERA FOOTAGE WILL NOT BE DELETED FROM 8-17-18 UNTIL 8-21-8 THAT FOOTAGE WILL SHOW WHAT DROVE ME TO THE POINT OF INSANITY AND ATTORNEY WILL BE REQUEST FOR LEGAL MATTER. CENTER SUPERVISORS DOES NOT ANSWER ANY REQUEST, I HAVE ALREADY REQUESTED THIS MATTER

Richard Patton _____              10-18-18 _____
Signature of Resident                        Date

### RESPONSE BY STAFF OR MEDICAL

10/19/2018 _____   10/23/18 _____   C'C _____
Date Received              Date Resident was Seen        Printed Name of Staff / Medical

Response / Action Taken:
Resident has been advised of the process of how his attorney can obtain information.

_____
_____

### RESIDENT'S ASSESSMENT OF RESPONSE

☐ My complaint has been resolved and/or, I no longer want to pursue this matter.

☐ My complaint has been resolved and I want to pursue this matter (options include submitting a grievance)

_____
Resident's Signature

10-23-18 _____
Date Signed

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

AD 15-08

**Arkansas Community Correction**

**COMPLAINT FORM FOR RESIDENTS**

Richard Patton                    120570                    10-9-18
_____          _____                _____
Resident Name                    ACC #                     Date

OMEGA                                                       NA
_____                                    _____
Unit Assignment                                            Job Assignment

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty. Note, this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem. If appropriate include a recommended solution:**

FALSIFIED DOCUMENTS WAS SUBMITTED TO THE PAROLE BOARD TO HAVE Y PAROLE REVOKED. I NEED TO KNOW WERE AND WHAT TIME DID I RECIEVE ANY DISCIPLINED FOR THEATENING KITCEN WORKERS, WHO WAS THE CHARGING OFFICER AND I NEED A COPY OF THE TICKET, BOOKING SLIP OR WHATEVER THE ISCIPLINE WAS. THERE IS NO RECORD OF THIS, AND THE PAROLE BOARD SHOULD BE OTAFIED ABOUT THE MISTAKE OR FALSE EVIDENCE PRESENTED.

_____          10-9-18
Signature of Resident                    Date

**RESPONSE BY STAFF OR MEDICAL**

10/10/2018          10/11/2018          _____
Date Received       Date Resident was Seen     Printed Name of Staff / Medical

Response / Action Taken:

You did not receive a Cardinal Rule or Disciplinary for threatening kitchen workers. You did receive a CR-17 on 08/08/2018 for making the statement you would fight anyone is placed in a Seg Cell with you. No Falsified documents were submitted to the Parole Board.

**RESIDENT'S ASSESSMENT OF RESPONSE** Resident was advised of the process of obtaining access to his files for Review.

[✓] My complaint has been resolved and/or, I no longer want to pursue this matter.

[✓] My complaint has NOT been resolved and I want to pursue this matter (options include submitting a grievance)

_____
Resident's Signature

10-11-18
_____
Date Signed

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

AD 15-08

**Arkansas Community Correction**
## COMPLAINT FORM FOR RESIDENTS

Richard R Patton _____ 120570 _____ 10-12-18
Resident Name                ACC #              Date

OMEGA _____                NA
Unit Assignment              Job Assignment

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty.  Note, this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem.  If appropriate include a recommended solution:**

I HAVE BEEN ARRESTED AND SERVE A WARRNT BECAUSE OF FALSIFIED DOCUMENTS SUBMITTED TO THE PAROLE BOARD FROM CENTER SUPERVISORS. THIS ACTION IS ABOUT TO BE THE CAUSE OF ME BEING FALSELY IMPRISONED. I WILL NOT RECIEVE A FAIR HEARING BECAUSE THE WARRANT WAS ALREADY SERVED, AND CHARGES AGAINST ME HAVE BEEN INHANCED AND RIGGED UP.

_____  10-12-18
Signature of Resident                Date

### RESPONSE BY STAFF OR MEDICAL

10/15/2018        10/19/18        C. O
Date Received    Date Resident was Seen    Printed Name of Staff / Medical

Response / Action Taken:

No False documentation was submitted to State Officals From anyone here at the Omega Supervision Sanction Center. All information contained in your DHC Files are True as well as accurate and were submitted as such.

### RESIDENT'S ASSESSMENT OF RESPONSE

☐ My complaint has been resolved and/or, I no longer want to pursue this matter.

☑ My complaint has NOT been resolved and I want to pursue this matter (options include submitting a grievance)

_____
Resident's Signature

10-19-18
Date Signed

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

AD 15-08

**Arkansas Community Correction**
## COMPLAINT FORM FOR RESIDENTS

RICHARD PATTON                    120570                    10-10-18
_Resident Name_                        _ACC #_                         _Date_

OMEGA                                NA
_Unit Assignment_                     _Job Assignment_

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty. Note, this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem. If appropriate include a recommended solution:**

THE OMEGA UNIT FALSIFIED DUCUMENTS IN MY VIOLATION REPORT TO MAKE MY VIOLATION REPORT LOOK WORST THAN WHAT IT REALLY IS TO SALE IT TO THE PAROLE BOARD. I NEVER THREATENED AND WAS DISCIPLINED FOR THREATENING KITCHEN WORKERS. AND I DO NOT HAVE TWO PRIOR CARDINAL VIOLATIONS FOR THREATENING, INTIMIDATING ABUSE OF NON-STAFF. AND I RECIEVED CARDINALS FOR MAJOR AND HOUSE RULE VIOLATIONS I NEED A APPLICATION FORM FOR APPOINTMENT OF COUNSEL. AND 1983 FORMS

_Signature of Resident_                      10-10-18
                                              _Date_

### RESPONSE BY STAFF OR MEDICAL

10/11/2018            10/11/2018            C. A
_Date Received_      _Date Resident was Seen_   _Printed Name of Staff / Medical_

Response / Action Taken:

There was no documentation sent or provided to the Parole Board stating you threatened Kitchen staff from Omega. You have one CR-17 Residents must no threaten, intimidate, bribe, or abuse a non-staff member. This incident occurred on 08/08/2018 while you were placed in Segregation

### RESIDENT'S ASSESSMENT OF RESPONSE

☑ My complaint has been resolved and/or, I no longer want to pursue this matter.

☐ My complaint has NOT been resolved and I want to pursue this matter (options include submitting a grievance)

_Resident's Signature_
10-11-18
_Date Signed_

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

AD 15-08

**Arkansas Community Correction**
**GRIEVANCE FORM FOR RESIDENTS**

| For ARO/Staff Use: | |
|---|---|
| # | 10/15/2018 |
| | Date Received (by ARO/Staff) |

Name: _Richard R Patton_   ACC Number: _120570_   Center: _OMEGA_
　　　　Print Resident's Name

Housing Assignment: _SEG_   Job Assignment: _NA_

Have you discussed this problem with a counselor or the Residential Supervisor assigned to your housing area or the Shift Supervisor on duty or attempted an informal resolution by submitting the "Complaint Form for Residents"? ☑ **YES**  ☐ **NO**  ☐ **N/A** If so, attach that document or provide an explanation below. Note, if you are submitting a grievance about sexual abuse, or filing this as an emergency grievance, you are NOT required to discuss this with anyone beforehand and you are NOT required to first use the "Complaint Form for Residents." Also, if you are concerned that the normal submission method will result in an accused person seeing this, you may submit this to another staff member.

Describe the problem: _I HAVE PROFF THAT DUCUMENTS WERE FALSIFIED IN MY VIOLATION REPORT TO THE PAROLE BOARD IN ORDER TO MAKE ME LOOK MANECING. ALSO FABRACATED A SUBJECTS STATEMENT STATETING THE I REFUSE TO WORK THE PROGRAM ANYMORE_

How can this situation be resolved? _HAVE THE REVOCATION WARRANT ROMOVED AND SUBMIT A VIOLATION RERORT WITHOUT FALSE DOCUMENTS_

_Richard Patt_   _10-11-18_
Signature of Resident　　　　　Date

IS THIS AN EMERGENCY SITUATION?  ☐ YES   ☑ NO
An emergency situation is one in which you may be subject to a substantial risk of physical harm.  It should not be declared for ordinary problems that are not of a serious nature.

IF YES, WHY? (PROVIDE EXPLANATION): _____

If you marked YES, you may give this completed form to any officer or department employee, who will sign the attached Emergency Receipt, give you the Receipt, and deliver the form without undue delay to the Grievance Officer, ARO, Center Supervisor, or, in their absence, the Assistant Center Supervisor; however, if the grievance alleges a substantial risk of imminent sexual abuse, it must be immediately forwarded by the person receiving it or the Grievance Officer to the Center Supervisor, Deputy Director of Residential Services, and Internal Affairs Administrator.
　　　REPRISALS:  IF YOU ARE HARMED OR THREATENED BECAUSE OF YOUR USE OF THE
　　　GRIEVANCE FORM, REPORT IT IMMEDIATELY TO THE CENTER SUPERVISOR.

RECEIPT FOR EMERGENCY SITUATIONS (To be completed by the Receiving Officer or Employee)

Staff Name (Print): _____   From (Resident's Name): _____

Date: _____   Time: _____   _____
　　　　　　　　　　　　　　　　　　　　　Signature of Receiving Staff Person

AD 15-08

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate   Patton, R.                             ADC #:   120570
FROM:   Anderson, C.                                TITLE:   Adm Review Officer
DATE:   10/18/2018                                  GRIEVANCE #:   N/A

Please be advised, I have received your Grievance dated   10/11/2018   on   10/15/2018   .
You should receive communication regarding the Grievance by   N/A           .

C. Anderson
Signature of Adm Review Officer

## CHECK ONE OF THE FOLLOWING

☐ This Grievance will be addressed by the Warden/Center Supervisor or designee.
☐ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
☐ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
☐ This Grievance has been determined to be an emergency situation, as you so indicated.
☐ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
☒ This Grievance was REJECTED because it was either:
   ☒ non-grievable (The following Grievance was answered in the complaint form in which you stated that it was resolved and you no longer wanted to pursue this matter. You were advised that no false documentation was submitted to the Parole Board as well as there were corrections made regarding the documentation you stated was falsified prior to your revocation hearing. This Grievance was answered in the complaint form and resolved. For that reason this an non-grievable matter.),
   ☐ untimely (  ),
   ☐ was a duplicate of (        ), or
   ☐ was frivolous or vexatious ()

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is **limited** to what you write in the **space** provided below.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Page 1 of 1

**Arkansas Community Correction**
## COMPLAINT FORM FOR RESIDENTS

RICHAR R PATTON                    120570                    10-19-18
_____            _____                _____
Resident Name                      ACC #                     Date

OMEGA                              NA
_____            _____
Unit Assignment                    Job Assignment

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty. Note, this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem. If appropriate include a recommended solution:**

AT MY REVOCATION HEARING I RICHARD R PATTON #120570 AND MAJOR W. WHITE SOLOMLY SWORN TO TELL THE TRUTH. MAJOR WHITE DID NOT TELL THE TRUTH. HE GIVE FALSE STATEMENT THREW OUT THE HEARING. AFTER BEING SOLOMLY SWORN IN TO TELL THE TRUTH, MAJOR WHITE TOLD THE HEARING OFFICER THAT I WAS PLACED IN SEGREGATION ON 9-14-18 FOR REFUSING TAFF ORDERS WHICH WAS FOUND NOT TRUE. HIS FIRST ATTEMED TO MISLEAD THE OFFICER

_____            _____
Signature of Resident              Date

### RESPONSE BY STAFF OR MEDICAL

10/19/2018                 10/23/18                  CRL
_____              _____             _____
Date Received              Date Resident was Seen    Printed Name of Staff / Medical

Response / Action Taken:

This is a non-Grievable matter. Any matter regarding Parole or the revocation process must be addressed through the Parole Board. Address: Two Union National Plaza Bldg. 105 W. Capitol, Little Rock, Ar. 72201

### RESIDENT'S ASSESSMENT OF RESPONSE

☐ My complaint has been resolved and/or, I no longer want to pursue this matter.

☑ My complaint has NOT been resolved and I want to pursue this matter (options include submitting a grievance)

_____
Resident's Signature
10-23-18
_____
Date Signed

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

10/19/18

AD 15-08

COMPLAINT CONTINUES ON THE BACK

| **Additional Information:** | Patton was sanctioned to 180 day SSP program on 5/31. He was transported to the unit on 8/1/18. |
|---|---|

**History:**

| **Facts of Violation:** | On 9/14/18, Patton was in Substance Abuse class and walked out of the classroom without permission. The SAPL teaching the class asked Patton where he was going. Patton said he was going to lay down and was not going to do this anymore. The SAPL asked if he was saying that he doesn't want to do the program anymore. Patton said yes, he's not going to do anything to anyone. The SAPL told CO I Sesser that Patton had walked to the double door on the North side and he doesn't want to do the program anymore. Patton was charge with CR 12 and recommended for transfer to ADC. On 8/21/18 Patton was disciplined for threatening to kick the ass of all the kitchen workers because they would not give him bigger portions of food. Patton submitted a statement to the Shift Supervisor on duty, alleging that he had received threats from the Aryan Brotherhood and that they were giving him less that the standard portion of food that is required by policy. No evidence was found on camera footage or by witness statements taken that Patton's allegations were false. There were also two prior cardinal violation for threatening, intimidating, abuse of non-staff and one for refusing to follow orders by staff. |
|---|---|
| **Subject's Statement:** | He feels like he is being picked on by the Substance Abuse Program Leader and refuse to work the program anymore. |
| **Violations:** | Condition #9 Cooperation: While housed at Omega SSP the offender has been found guilty of committing the following cardinal rule violations:<br>9/14/18 CR12 Residents must not refuse to follow orders by staff<br>8/21/18 CR15 Residents must not submit false or misleading official statements<br>8/8/18 CR12 Residents must not refuse to follow orders by staff<br>8/8/18 Residents must not refuse to follow orders by staff<br>8/8/18 Residents must not threaten, intimidate, bribe, or abuse a non-staff members |

**Potential witnesses at the Revocation Hearing may include:**

**Warrant:**

Type:    ☐ Absconder  ☑ TV  ☐ Reprimand

PPO Name:    Razer, Tiffany                    Date: 10/03/2018  Time: 14:10:34

Parole Board Decision:

Type:    ☐ No Warrant Issued  ☐ Absconder  ☑ TV  ☐ Reprimand

PB Name:    Swanigan, LaKeshia                Date: 10/05/2018  Time: 08:29:15

_Sherry Enderle_                    10/03/2018

Parole/Probation Officer's Signature    Signature Date

_[signature]_                    10/03/2018

*(handwritten)* OFFICALS AND CAUSED WARRANT FOR RETAKING PRISONER.

**PAROLE**

### Arkansas Community Correction
### NOTICE OF PAROLE VIOLATION ACTION

Offender Name: Patton, Richard R., PID#: 1120570, ADC#: 120570

It has been alleged that you have violated the condition(s) of your parole, as described on the attached violation report dated: <u>10/03/2018</u>

If additional charges have been discovered after the violation report was written, they are:

**Comments**

The following information pertains to the revocation hearing process, please acknowledge by signing below.

1. You have the right to appear at a revocation hearing reasonably near to the location of the alleged violation (s) or your arrest. At the hearing the Hearing Examiner will determine whether you have violated a condition or conditions of your parole, and, if so, whether your parole should be revoked.
2. You may call witnesses to testify at the hearing, or you may present their written statements. You may present any documents or evidence that you think will assist you.
3. You may be represented by an attorney at the hearing. If you cannot afford an attorney and feel you need one, you may ask the Hearing Examiner to appoint one. There is no right to have an attorney appointed in every case, but the Hearing Examiner can appoint one in certain circumstances. Your parole officer will provide you an application form for appointment of counsel upon request.
4. You may confront and cross-examine witnesses against you unless the Hearing Examiner rules that there is good cause for not allowing confrontation.
5. You may ask to have the hearing postponed for good cause.
6. After the hearing, you will receive a written statement as to the evidence relied on and the reasons for the action taken.
7. The decision of the Hearing Examiner may be appealed in writing to the Arkansas Parole Board.

I have read (or had read to me) the above rights and charges and I understand them. I acknowledge receipt of a copy of referenced violation report.

Offender Name (Print)        Witness Name (Print)

*Richard Patton*

Offender's Signature

*Courtney Darsw*
*Courtney Car*

Witness Signature

Date        *10-9-18* Date

Original: ADC Travel Pack     Copy: Hearing Examiner
Copy: File     Copy: Offender

(PPSM 38)     DCC 706 S-5

*THIS SCAN COLLABORTO VOLNTY REPORT AFTER 1 FALS REPORT WAS USED TO INHANCE GROUNDS FOR WARRANT FOR RETAKING PRISONER.*

**PAROLE**

## Arkansas Community Correction
## NOTICE OF PAROLE VIOLATION ACTION

Offender Name: Patton, Richard R., PID#: 1120570, ADC#: 120570

It has been alleged that you have violated the condition(s) of your parole, as described on the attached violation report dated: <u>10/03/2018</u>

If additional charges have been discovered after the violation report was written, they are:

**Comments**

CORRECTION TO FACTS OF VIOLATION ON VIOLATION REPORT DATED 10/3/2018:
On 8/8/2018 Patton refused to participate in the program and was taken to segregation where he threatened to fight anyone placed in a cell with him. He was found guilty of refusing staff orders, and threatening/intimidating non-staff members on 8/13/18 and sanctioned to loss of privileges.
On 8/8/18 Patton refused orders to leave his cell to go to his intake dental screening. He was found guilty of refusing staff orders on 8/13/18 and sanctioned to loss of privileges for 15 days.
On 8/21/18 Patton submitted a statement to the Shift Supervisor on duty, alleging that he had received threats from the Aryan Brotherhood and that they were giving him less than the standard portion of food that is required by policy. No evidence was found on camera footage or by witness statements taken that Patton's allegations were true. He was found guilty of submitting false official statements on 8/29/18 and sanctioned to reduction to class IV, 30 days disciplinary detention, and recommended for transfer to ADC.
On 9/14/18, Patton was in Substance Abuse class and walked out of the classroom without permission. The SAPL teaching the class asked Patton where he was going. Patton said he was going to lay down and was not going to do this anymore. The SAPL asked if he was saying that he doesn't want to do the program anymore. Patton said yes, he's not going to do anything to anyone. The SAPL told CO I Cessor that Patton had walked to the double door on the North side and he doesn't want to do the program anymore. He was found guilty of refusing staff orders on 9/21/18 and sanctioned to reduction to class IV, 30 days disciplinary detention, and recommended for transfer to ADC.

The following information pertains to the revocation hearing process, please acknowledge by signing below.

1. You have the right to appear at a revocation hearing reasonably near to the location of the alleged violation (s) or your arrest. At the hearing the Hearing Examiner will determine whether you have violated a condition or conditions of your parole, and, if so, whether your parole should be revoked.
2. You may call witnesses to testify at the hearing, or you may present their written statements. You may present any documents or evidence that you think will assist you.
3. You may be represented by an attorney at the hearing. If you cannot afford an attorney and feel you need one, you may ask the Hearing Examiner to appoint one. There is no right to have an attorney appointed in every case, but the Hearing Examiner can appoint one in certain circumstances. Your parole officer will provide you an application form for appointment of counsel upon request.
4. You may confront and cross-examine witnesses against you unless the Hearing Examiner rules that there is good cause for not allowing confrontation.
5. You may ask to have the hearing postponed for good cause.
6. After the hearing, you will receive a written statement as to the evidence relied on and the reasons for the action taken.
7. The decision of the Hearing Examiner may be appealed in writing to the Arkansas Parole Board.

**Arkansas Community Correction**
**NOTICE OF PAROLE REVOCATION HEARING**

TO: Patton, Richard R., PID# 1120570, ADC# 120570
You are hereby ordered to appear at a parole revocation hearing at:
Location:  Omega SSC, 104 Walco Lane, Malvern, AR 72104
Date:  10/17/2018                                    Time:  09:30:00 AM
to determine whether or not you have violated one or more of the conditions of your parole and, if you are found in violation,
to determine whether or not your parole will be revoked.

List below any individuals whom you wish to appear as witnesses:

| Name | Address | Telephone |
|------|---------|-----------|
| DR. RUSHEFSKY | | |
| VIDEo FOOTAGE OF CHOWHALL INCIDENT OR 8-18-18 OR 8-19-18 | | |
| | | |
| | | |

It is your responsibility to contact your witnesses and to advise them of this hearing.
If you need assistance, you may ask your Parole Officer.

I understand that a revocation hearing concerning my parole will be held at the location, date and time indicated above. I also
understand that this is the only hearing that I will receive concerning my alleged parole violation and that a decision will be made
following this hearing as to whether or not my parole will be revoked.
*I have been advised of my right to have a 72 hour notice of said hearing, I hereby waive that right and agree to have the hearing on
the date listed above.*

_Richard Patton_                                               10/15/18
Signature of Offender                                          Date

I certify the above-named offender signed this document in my presence and was given a copy of this document on this date.

_[signature]_                                                  10/15/18
Signature of Parole Officer                                    Date

Original: ADC Travel Pack
Copy: Hearing Examiner, File, Offender

(PPSM 12)    DCC 711

## ARKANSAS DEPARTMENT OF COMMUNITY CORRECTION
### Disciplinary Appeal Form

Resident  Richard Patton          ACC#      120570          Date:  10/02/2018

Disciplinary Appeal Number:  2018-09-015      Advisor:      Barry Jones

### RESPONSE FROM THE DEPUTY DIRECTOR OF RESIDENTIAL SERVICES:

Affirm: ____X____      Reverse: _____      Modify: _____

I am in receipt of your appeal of the Sanction imposed for cardinal rule violation CR12  which states residents must not refuse to follow orders by staff.

After a thorough review of the incident report and witness statements, I found no basis to over turn the decision of the Center Supervisor. All residents are expected to follow the Center rules at all times.

The decision of the Center Supervisor in this matter is upheld.

_____                    _10/2/2018_
Deputy Director, Residential Services                  Date

**\*Note:  The decision of the Deputy Director is final.**

# ARKANSAS PAROLE BOARD

Asa Hutchinson
Governor



John Felts
Chairman

105 WEST CAPITOL – SUITE 500
LITTLE ROCK, ARKANSAS 72201
TELEPHONE: (501) 682-3850
FAX: (501) 682-3860

## MEMORANDUM

TO:       Richard Patton, ADC #120570

FROM:     Arkansas Parole Board

DATE:     November 8, 2018

SUBJ:     Appeal of Revocation Hearing

---

Your client's appeal of the revocation of their parole was presented to the
Arkansas Parole Board.

After reviewing their written appeal and the revocation hearing report, the
Board voted as follows:

| | |
|---|---|
| **X** | The decision of the Hearing Judge is **affirmed**. |
| ____ | The decision of the Hearing Judge is **reversed,** and they will resume supervision with all previous conditions in place. |
| ____ | They are ordered to appear before the Board for a Parole Revocation Appeal Hearing for further consideration of the appeal. |
| ____ | Your client's appeal was received on **10/24/18,** which is outside of the allowable 30-day timeframe. Therefore, it will not be considered by the Board. |

----

_____
**COMMISSIONER** on behalf of the
Arkansas Parole Board

JF/sd

cc:  State File
     File



Richard R Patton #120570
NORTH CENTRAL UNIT
Prison Circle RD
Calico Rock, AR 72519

NOV 29 2018
U.S. CLERKS OFFICE

Sherry Gilbertson
Pro Se Law Clerk
35 East Mountain Street, Suite
Fayetteville, AR 72701

ORIGINATED
11/26/2018
US POSTAGE
NEOPOS
FROM NCU
FACILITY